IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL SCOTT,

    Plaintiff,

v.                                  Case No. 4:21-cv-293-AW-MJF

SECRETARY, FLA. DEP'T OF
CORRECTIONS, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's November 22, 2021 Report and Recommendation. ECF No. 12. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on December 24, 2021.

                                          s/ *Allen Winsor*
                                          United States District Judge